IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSHUA PAYNE, :
:
    Plaintiff :
:
v. : 1:22-CV-559
: (JUDGE MARIANI)
L. WHITE, *et al.*, :
:
    Defendants :

## ORDER

AND NOW, THIS ___22nd___ DAY OF MARCH, 2023, upon *de novo* review of Magistrate Judge Martin C. Carlson's Report & Recommendation ("R&R") (Doc. 46), Plaintiff's Objections thereto (Doc. 47), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 46) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's Objections (Doc. 47) are **OVERRULED**. Plaintiff raises three generalized objections, none of which set forth any legal or factual basis for the stated objection. Upon review of the R&R, Plaintiff's Complaint, and the relevant documents of record, the Court agrees with Judge Carlson's analysis of Plaintiff's claims, the relevant law, and the conclusion that Defendants White and Mason are entitled to be dismissed from this action.

3. The "Commonwealth Defendants' Motion to Dismiss" (Doc. 11) is **GRANTED**. Defendants White and Mason are **DISMISSED** from the above-captioned action.

4. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order.

_____
Robert D. Mariani
United States District Judge